892

No. 375. STONE *v.* STONE. Court of Appeals of New York. Certiorari denied. *Edward H. Kavinoky* for petitioner. *William L. Marcy* for respondent.

No. 376. KINSEY ET AL. *v.* KNAPP ET AL., VOTING TRUSTEES. C. A. 6th Cir. Certiorari denied. *George E. Brand* for petitioners. *Richard Ford* for Knapp et al., Voting Trustees, respondents.

No. 379. ALEXANDER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Francis J. O'Hara, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *William W. Ross* for the United States.

No. 383. PREPO CORPORATION *v.* PRESSURE CAN CORP. ET AL. C. A. 7th Cir. Certiorari denied. *Elwin A. Andrus* for petitioner. *John T. Love* for the Pressure Can Corporation et al., and *Will Freeman* for the Knapp-Monarch Company, respondents.

No. 384. OHIO EX REL. FOCKE ET AL. *v.* PRICE, CHIEF, DAYTON POLICE DEPARTMENT. Supreme Court of Ohio. Certiorari denied. *Joseph W. Sharts* for petitioners. Respondent *pro se.*

No. 374. WISCONSIN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Vernon W. Thomson,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Gordon Samuelsen* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.